# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RICHARD ALLEN TOWERY, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-CV-299-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC A. HOOKS, et al, | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on December 18, 2018.

December 18, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court